IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARITY A. SEIDEL, | Case No. 6:20-cv-00205-MK |
| Plaintiff, | |
| vs. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Plaintiff Charity A. Seidel brought this action seeking review of the Commissioner's final decision denying her application for benefits under the Social Security Act.  The Court reversed the Commissioner's decision and remanded the case for the immediate award of benefits.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b).  Defendant has not objected to the request.  I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services.  Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED,

and Plaintiff's counsel is awarded $6,316.00 in attorney fees under 42 U.S.C. § 406(b).

Previously, the Court awarded Plaintiff attorney fees in the amount of $8,035.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  When issuing the § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount awarded for EAJA and send the balance of $6,316.00 less any applicable processing or user fees prescribed by statute, to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401.  Any amount withheld after all court attorney fees are paid should be released to the claimant.


IT IS SO ORDERED this 23rd day of May 2022.


s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge


Proposed Order submitted by:
Mark Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
mmanning@hwbm.net
Of Attorneys for Plaintiff